Order issued October 18, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-00377-CV

IN THE INTEREST OF L.C.L, a Minor Child

## ORDER

On October 17, 2012, appellee Paul Lewis filed his first request for a continuance of oral

argument, which is currently scheduled for 11 a.m. on November 14, 2012. We **GRANT** appellee's

motion to reset oral argument. The case will be reset in due course on the Court's docket.

_____
LANA MYERS
PRESIDING JUSTICE